UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

**Joshua McGee, individually and on behalf of all others similarly situated,**

    *Plaintiff,*

v.

**CASE NO. 2:20-cv-01770**

**STATE COLLECTION SERVICE INC.,**

    *Defendant.*

## DEFENDANT STATE COLLECTION SERVICE, INC.'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)

Defendant State Collection Service, Inc. ("SCSI" or "Defendant") files its Motion to Dismiss ("Motion") pursuant to Rule 12(b)(6) as follows:

1.    Plaintiff Joshua McGee ("Plaintiff") filed his Complaint on November 30, 2020, alleging multiple violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. (the "FDCPA"). Doc. 1.

2.    Pursuant to Fed. R. Civ. P. 12(b)(6) and Civil L.R. 7, SCSI moves to dismiss all claims alleged against SCSI.

3.    Pursuant to Civil L.R. 7(a), a Memorandum in Support of Defendant's Motion to Dismiss is attached to this Motion.

WHEREFORE, Defendant State Collection Service, Inc. respectfully prays that this Court grant its Motion to Dismiss in its entirety and dismiss all claims against Defendant with prejudice.

**[SIGNATURE BLOCK ON NEXT PAGE]**

Dated: January 25, 2021        Respectfully submitted,

**MALONE FROST MARTIN PLLC**

*/s/ Robbie Malone*
ROBBIE MALONE
State Bar No. 12876450
Email: rmalone@mamlaw.com
EUGENE XERXES MARTIN, IV
State Bar No. 24078928
Email: xmartin@mamlaw.com
MALONE FROST MARTIN PLLC
NorthPark Central, Suite 1850
8750 North Central Expressway
Dallas, Texas 75231
T: (214) 346-2630 | F: (214) 346-2631

***COUNSEL FOR DEFENDANT STATE COLLECTION SERVICE, INC.***

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing has been filed and forwarded via **CM/ECF** to Plaintiff's counsel below on this 25th day of January, 2021.

Yaakov Saks
Stein Saks, PLLC
285 Passaic Street
Hackensack, NJ 07601
Phone: 201-282-6500
Fax: 201-282-6501
Email: ysaks@steinsakslegal.com

Counsel for Plaintiff

/s/ *Robbie Malone*
ROBBIE MALONE