# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

JOSHUA MCGEE,

          Plaintiff,

v.

STATE COLLECTION SERVICE, INC. and JOHN DOES 1–25,

          Defendants.

Case No. 20-CV-1770-JPS

**JUDGMENT**

**Decision by Court**. This action came on for consideration before the Court and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendant State Collection Service, Inc.'s motion to dismiss (Docket #6) be and the same is hereby **GRANTED**; and

    **IT IS FURTHER ORDERED AND ADJUDGED** that this case be and the same is hereby **DISMISSED with prejudice** and without leave to amend.

APPROVED:

_____
J.P. Stadtmueller
U.S. District Judge

GINA M. COLLETTI
Clerk of Court
*s/ Jodi L. Malek*
By: Deputy Clerk

May 25, 2021
Date